NO. 07-06-0353-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



JANUARY17, 2007



______________________________




ROBERT REYES, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE COUNTY COURT AT LAW NO. ONE OF LUBBOCK COUNTY;



NO. 2005-495,451; HONORABLE LARRY B. "RUSTY" LADD, JUDGE



_______________________________



Before CAMPBELL and HANCOCK and PIRTLE, JJ.

ORDER


 By opinion dated January 8, 2007, this Court dismissed Robert Reyes's appeal from
his conviction for driving while intoxicated on the ground that a Trial Court's Certification
of Defendant's Right of Appeal had not been made a part of the record under the Texas
Rules of Appellate Procedure. On January 10, 2007, a supplemental clerk's record was
filed containing the mandatory certification which reflects that Appellant's case is not a plea
bargain and he has the right of appeal. We now withdraw our opinion and judgment of
January 8, 2007, and reinstate the appeal. Additionally, the Court hereby grants
Appellant's previously mooted Motion for Extension of Time to File Appellate Brief and
grants the Appellant until 12 February, 2007 to file his brief. 

 It is so ordered. 

 Per Curiam

Do not publish.



P="BR1">